**Exhibit A to Complaint**

*U.S. ex rel. Roark, et al. v. Medical University of South Carolina, et. al.*

| 03-18 | | | | | FORM CMS-2552-10 | | | | | | | | | | 4090 (Cont.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HOSPITAL AND HOSPITAL HEALTH CARE COMPLEX STATISTICAL DATA    PROVIDER CCN: _____    PERIOD FROM _____ TO _____    WORKSHEET S-3 PART I

| | | | | | Inpatient Days / Outpatient Visits / Trips | | | | Full Time Equivalents | | | Discharges | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Component | Worksheet A Line No. | No. of Beds | Bed Days Available | CAH Hours | Title V | Title XVIII | Title XIX | Total All Patients | Total Interns & Residents | Employees On Payroll | Nonpaid Workers | Title V | Title XVIII | Title XIX | Total All Patients | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | |
| 1 | Hospital Adults & Peds. (columns 5, 6, 7, and 8, exclude Swing Bed, Observation Bed and Hospice days) (see instructions for col. 2 for the portion of LDP room available beds) | | | | | | | | | | | | | | | | 1 |
| 2 | HMO and other (see instructions) | | | | | | | | | | | | | | | | 2 |
| 3 | HMO IPF Subprovider | | | | | | | | | | | | | | | | 3 |
| 4 | HMO IRF Subprovider | | | | | | | | | | | | | | | | 4 |
| 5 | Hospital Adults & Peds. Swing Bed SNF | | | | | | | | | | | | | | | | 5 |
| 6 | Hospital Adults & Peds. Swing Bed NF | | | | | | | | | | | | | | | | 6 |
| 7 | Total Adults and Peds. (exclude observation beds) (see instructions) | | | | | | | | | | | | | | | | 7 |
| 8 | Intensive Care Unit | | | | | | | | | | | | | | | | 8 |
| 9 | Coronary Care Unit | | | | | | | | | | | | | | | | 9 |
| 10 | Burn Intensive Care Unit | | | | | | | | | | | | | | | | 10 |
| 11 | Surgical Intensive Care Unit | | | | | | | | | | | | | | | | 11 |
| 12 | Other Special Care | | | | | | | | | | | | | | | | 12 |
| 13 | Nursery | | | | | | | | | | | | | | | | 13 |
| 14 | Total (see instructions) | | | | | | | | | | | | | | | | 14 |
| 15 | CAH visits | | | | | | | | | | | | | | | | 15 |
| 16 | Subprovider - IPF | | | | | | | | | | | | | | | | 16 |
| 17 | Subprovider - IRF | | | | | | | | | | | | | | | | 17 |
| 18 | Subprovider - Other | | | | | | | | | | | | | | | | 18 |
| 19 | Skilled Nursing Facility | | | | | | | | | | | | | | | | 19 |
| 20 | Nursing Facility | | | | | | | | | | | | | | | | 20 |
| 21 | Other Long Term Care | | | | | | | | | | | | | | | | 21 |
| 22 | Home Health Agency | | | | | | | | | | | | | | | | 22 |
| 23 | ASC (Distinct Part) | | | | | | | | | | | | | | | | 23 |
| 24 | Hospice (Distinct Part) | | | | | | | | | | | | | | | | 24 |
| 24.10 | Hospice (non-distinct part) | | | | | | | | | | | | | | | | 24.10 |
| 25 | CMHC | | | | | | | | | | | | | | | | 25 |
| 26 | RHC/FQHC (specify) | | | | | | | | | | | | | | | | 26 |
| 27 | Total (sum of lines 14-26) | | | | | | | | | | | | | | | | 27 |
| 28 | Observation Bed Days | | | | | | | | | | | | | | | | 28 |
| 29 | Ambulance Trips | | | | | | | | | | | | | | | | 29 |
| 30 | Employee discount days (see instructions) | | | | | | | | | | | | | | | | 30 |
| 31 | Employee discount days -IRF | | | | | | | | | | | | | | | | 31 |
| 32 | Labor & delivery (see instructions) | | | | | | | | | | | | | | | | 32 |
| 32.01 | Total ancillary labor & delivery room outpatient days (see instructions) | | | | | | | | | | | | | | | | 32.01 |
| 33 | LTCH non-covered days | | | | | | | | | | | | | | | | 33 |
| 33.01 | LTCH site neutral days and discharges | | | | | | | | | | | | | | | | 33.01 |

FORM CMS-2552-10 (03-2018)  (INSTRUCTIONS FOR THIS WORKSHEET ARE PUBLISHED IN CMS PUB. 15-2, SECTION 4005.1)

Rev. 14                                                                                                                                40-511



Exhibit A