**Exhibit E to Complaint**

*U.S. ex rel. Roark, et al. v. Medical University of South Carolina, et. al.*

| 4090 (Cont.) | FORM CMS-2552-10 | 09-15 |
|---|---|---|

| CALCULATION OF CAPITAL PAYMENT | PROVIDER CCN: _____ COMPONENT CCN: _____ | PERIOD: FROM _____ TO _____ | WORKSHEET L |
|---|---|---|---|

| Check applicable boxes: | [ ] Title V<br>[ ] Title XVIII, Part A<br>[ ] Title XIX | [ ] Hospital<br>[ ] Subprovider (other) | [ ] PPS<br>[ ] Cost Method | | |
|---|---|---|---|---|---|

PART I - FULLY PROSPECTIVE METHOD
CAPITAL FEDERAL AMOUNT

| | | | |
|---|---|---|---|
| 1 | Capital DRG other than outlier | | 1 |
| 1.01 | Model 4 BPCI Capital DRG other than outlier | | 1.01 |
| 2 | Capital DRG outlier payments | | 2 |
| 2.01 | Model 4 BPCI Capital DRG outlier payments | | 2.01 |
| 3 | Total inpatient days divided by number of days in the cost reporting period (see instructions) | | 3 |
| 4 | Number of interns & residents (see instructions) | | 4 |
| 5 | Indirect medical education percentage (see instructions) | | 5 |
| 6 | Indirect medical education adjustment (see instructions) | | 6 |
| 7 | Percentage of SSI recipient patient days to Medicare Part A patient days (Worksheet E, Part A line 30) (see instructions) | | 7 |
| 8 | Percentage of Medicaid patient days to total days (see instructions) | | 8 |
| 9 | Sum of lines 7 and 8 | | 9 |
| 10 | Allowable disproportionate share percentage (see instructions) | | 10 |
| 11 | Disproportionate share adjustment (see instructions) | | 11 |
| 12 | Total prospective capital payments (see instructions) | | 12 |

PART II - PAYMENT UNDER REASONABLE COST

| | | | |
|---|---|---|---|
| 1 | Program inpatient routine capital cost (see instructions) | | 1 |
| 2 | Program inpatient ancillary capital cost (see instructions) | | 2 |
| 3 | Total inpatient program capital cost (line 1 plus line 2) | | 3 |
| 4 | Capital cost payment factor (see instructions) | | 4 |
| 5 | Total inpatient program capital cost (line 3 x line 4) | | 5 |

PART III - COMPUTATION OF EXCEPTION PAYMENTS

| | | | |
|---|---|---|---|
| 1 | Program inpatient capital costs (see instructions) | | 1 |
| 2 | Program inpatient capital costs for extraordinary circumstances (see instructions) | | 2 |
| 3 | Net program inpatient capital costs (line 1 minus line 2) | | 3 |
| 4 | Applicable exception percentage (see instructions) | | 4 |
| 5 | Capital cost for comparison to payments (line 3 x line 4) | | 5 |
| 6 | Percentage adjustment for extraordinary circumstances (see instructions) | | 6 |
| 7 | Adjustment to capital minimum payment level for extraordinary circumstances (line 2 x line 6) | | 7 |
| 8 | Capital minimum payment level (line 5 plus line 7) | | 8 |
| 9 | Current year capital payments (from Part I, line 12 as applicable) | | 9 |
| 10 | Current year comparison of capital minimum payment level to capital payments (line 8 less line 9) | | 10 |
| 11 | Carryover of accumulated capital minimum payment level over capital payment | | 11 |
| | (from prior year Worksheet L, Part III, line 14) | | |
| 12 | Net comparison of capital minimum payment level to capital payments (line 10 plus line 11) | | 12 |
| 13 | Current year exception payment (if line 12 is positive, enter the amount on this line) | | 13 |
| 14 | Carryover of accumulated capital minimum payment level over capital payment | | 14 |
| | for the following period (if line 12 is negative, enter the amount on this line) | | |
| 15 | Current year allowable operating and capital payment (see instructions) | | 15 |
| 16 | Current year operating and capital costs (see instructions) | | 16 |
| 17 | Current year exception offset amount (see instructions) | | 17 |

**Exhibit E**

FORM CMS-2552-10 (09-2015) (INSTRUCTIONS FOR THIS WORKSHEET ARE PUBLISHED IN CMS PUB. 15-2, SECTIONS 4064.1 - 4064.3)

40-646                                                                                                                                        Rev. 8