IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES A. ROARK, SR. and MICHAEL L. DAVIS,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>MEDICAL UNIVERSITY OF SOUTH CAROLINA, et al.  )<br>  )<br>Defendants.  ) | C.A. No. 2:19-cv-1047-RMG |

**ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that,

1. The Complaint be unsealed and served upon the named defendants by the relators;

2. The relators serve this Order and the Government's Notice of Election to Decline Intervention, after service of the Complaint;

3. The seal be lifted as to all other papers filed in this action, with the exception of the Government's motions to extend the seal (ECF Nos. 5, 9, 12, 16, and 19);

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, and any notice of appeal, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States; and that

6. Should the relators or any defendants propose that this action be dismissed, settled, or

otherwise discontinued, either the relators or such defendants will solicit the written consent of the United States before presenting the matter to this Court for its ruling or granting its approval.

**IT IS SO ORDERED.**

s/ Richard M. Gergel  
Richard M. Gergel  
United States District Judge

May 5, 2022  
Charleston, South Carolina